## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 04-04716-RMT(Mcx)** | Date | **April 16, 2008** |
|---|---|---|---|

| Title | E.B.C. TRUST CORP. *-v-* AMERITRADE HOLDING CORP., et al. |
|---|---|

| Present: The Honorable | ROBERT M. TAKASUGI, SENIOR U. S. DISTRICT JUDGE |
|---|---|

| Linda Williams | Not Reported | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Not Present for Plaintiffs: | Attorneys Not Present for Defendants: |
|---|---|
| Ellyn S. Garofalo | Steven P. Rice<br>Michael Meeks |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   On July 15, 2005, the court stayed the litigation in this case pending the resolution of Case No. CV 00-8812-RMT and NASD Arbitration No. 03-8897.  On April 30, 2007, a revised judgment confirming the arbitration award was filed resolving Case No. CV 00-8812-RMT.

   Plaintiff(s) is ordered to show cause in writing no later than April 30, 2008, why this action should not be dismissed for lack of prosecution.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

00 : 00

Initials of Preparer    ljw